# Leo's Welding and Fabrication, LLC
## Customer Statement
### All Transactions

| Type | Date | Num | Memo | Invoice | Payments | Estimates |
|---|---|---|---|---:|---:|---:|
| **NORTHLINE SEAFOODS** | | | | | | |
| **EXAUST STACK** | | | | | | |
| Estimate | 10/08/2021 | 1497 | | | | 17,243.10 |
| **HANNA 42445 - BARGE - REEFER PIPING** | | | | | | |
| Estimate | 09/28/2023 | 1645-R3 | REEFER PIPES FINAL | | | 841,747.68 |
| Invoice | 10/09/2023 | 5770-P1 | EMAIL:  10/09/2023 | 168,349.54 | | |
| Invoice | 11/01/2023 | 5770-P2 | EMAIL:  11/01/2023 | 252,524.30 | | |
| Payment | 11/03/2023 | 270758 | | | 152,504.74 | |
| Invoice | 12/01/2023 | 5770-P3 | EMAIL:  12/01/2023 | 252,524.30 | | |
| Payment | 12/05/2023 | 271202 | | | 227,271.87 | |
| Payment | 01/03/2024 | 271683 | | | 228,757.10 | |
| Estimate | 01/05/2024 | 1676 | DRAINS FROM AVAPORATORS | | | 56,280.00 |
| Estimate | 01/05/2024 | 1677 | FISH TANK PLUMBING | | | 124,820.00 |
| Invoice | 02/02/2024 | 5872 | FISH TANK SS PIPING | 62,410.00 | | |
| Payment | 02/05/2024 | ACH | | | 28,140.00 | |
| Payment | 02/05/2024 | ACH | | | 23,238.03 | |
| General Jou | 02/06/2024 | JC24-006 | Transfer of Credits for NORTHLINE SEAFOODS fror | | 39,171.97 | |
| Estimate | 02/20/2024 | 1683 | EXTRA  ICE MAKER | | | 11,520.00 |
| Estimate | 02/20/2024 | 1684 | CHILLER-OIL COOLER | | | 10,560.00 |
| Estimate | 02/20/2024 | 1685 | BULKHEAD PIPING | | | 10,330.00 |
| Invoice | 03/01/2024 | 5889 | EMAIL:  03/01/2024 | 10,560.00 | | |
| Invoice | 03/06/2024 | 5770-P4 | EMAIL:  03/06/2024 | 168,349.54 | | |
| General Jou | 03/13/2024 | JC24-015 | TRANSFER PMNT TO EVAPOR | 28,140.00 | | |
| General Jou | 03/13/2024 | JC24-014 | TRANSFER PMNT TO EVAPORATORS | | 28,140.00 | |
| Payment | 03/14/2024 | ACH | | | 10,560.00 | |
| Invoice | 03/26/2024 | 5915 | EMAIL:  03/26/2024 | 660.00 | | |
| Invoice | 04/17/2024 | 5941 | EMAIL:  04/17/2024 | 10,330.00 | | |
| Invoice | 05/03/2024 | 5967 | EMAIL:  05/03/2024 | 11,520.00 | | |
| Invoice | 05/10/2024 | 5872-P1 | EMAIL:  05/10/2024 | 62,410.00 | | |
| Invoice | 07/01/2024 | 6023 | EMAIL:  07/02/2024 | 3,729.70 | | |
| **HANNA ADDITIONAL** | | | | | | |
| Invoice | 03/26/2024 | 5910-R1 | EMAIL:  03/26/2024 | 61,903.64 | | |
| Invoice | 03/26/2024 | 5911-R1 | EMAIL:  03/26/2024 | 45,290.40 | | |
| Invoice | 03/29/2024 | 5916-R1 | EMAIL:  03/29/2024 | 59,378.27 | | |
| Invoice | 03/29/2024 | 5917-R1 | EMAIL:  03/29/2024 | 8,344.44 | | |
| Invoice | 03/29/2024 | 5918-R1 | EMAIL:  03/29/2024 | 3,732.22 | | |
| Invoice | 03/29/2024 | 5919-R1 | EMAIL:  03/29/2024 | 2,769.74 | | |
| Invoice | 03/29/2024 | 5920-R1 | EMAIL:  03/29/2024 | 24,510.88 | | |
| Invoice | 03/29/2024 | 5921-R1 | EMAIL:  03/29/2024 | 18,079.62 | | |
| Invoice | 03/29/2024 | 5922-R1 | EMAIL:  03/29/2024 | 8,564.44 | | |
| Invoice | 03/29/2024 | 5923-R1 | EMAIL:  03/29/2024 | 8,619.44 | | |
| Invoice | 03/29/2024 | 5924-R1 | EMAIL:  03/29/2024 | 6,258.33 | | |
| Invoice | 03/29/2024 | 5925-R1 | EMAIL:  03/29/2024 | 9,790.18 | | |

12:08 PM
03/27/25

Case 2:25-cv-00623   Document 1-2   Filed 04/08/25   Page 2 of 4

# Leo's Welding and Fabrication, LLC
## Customer Statement
### All Transactions

| Type | Date | Num | Memo | Invoice | Payments | Estimates |
|---|---|---|---|---:|---:|---|
| Invoice | 04/01/2024 | 5929 | EMAIL: 04/01/2024 | 14,088.86 | | |
| Invoice | 04/12/2024 | 5933 | EMAIL: 04/12/2024 | 35,218.00 | | |
| Invoice | 04/12/2024 | 5934 | EMAIL: 04/12/2024 | 31,352.00 | | |
| Invoice | 04/12/2024 | 5935 | EMAIL: 04/12/2024 | 14,085.00 | | |
| Invoice | 04/12/2024 | 5936 | EMAIL: 04/12/2024 | 23,400.00 | | |
| Invoice | 04/12/2024 | 5937 | EMAIL: 04/12/2024 | 5,076.00 | | |
| Invoice | 04/18/2024 | 5942-R1 | EMAIL: 04/18/2024 | 7,260.00 | | |
| Invoice | 04/18/2024 | 5943-R1 | EMAIL: 04/18/2024 | 18,150.00 | | |
| Invoice | 04/18/2024 | 5944-R1 | EMAIL: 04/18/2024 | 24,530.00 | | |
| Invoice | 04/18/2024 | 5945-R1 | EMAIL: 04/18/2024 | 18,260.00 | | |
| Invoice | 04/18/2024 | 5947-R1 | EMAIL: 04/18/2024 | 660.00 | | |
| Invoice | 04/18/2024 | 5946-R1 | EMAIL: 04/18/2024 | 5,280.00 | | |
| Invoice | 04/19/2024 | 5949 | EMAIL: 04/19/2024 | 32,560.00 | | |
| Invoice | 04/19/2024 | 5950 | EMAIL: 04/19/2024 | 57,090.00 | | |
| Invoice | 04/19/2024 | 5951 | EMAIL: 04/19/2024 | 39,600.00 | | |
| Invoice | 04/22/2024 | 5952 | EMAIL: 04/22/2024 | 29,645.00 | | |
| Invoice | 04/22/2024 | 5953 | EMAIL: 04/22/2024 | 8,195.00 | | |
| Invoice | 04/22/2024 | 5954 | EMAIL: 04/22/2024 | 7,920.00 | | |
| Invoice | 04/22/2024 | 5955 | EMAIL: 04/22/2024 | 7,920.00 | | |
| Invoice | 04/22/2024 | 5956 | EMAIL: 04/22/2024 | 10,560.00 | | |
| Invoice | 04/22/2024 | 5958 | EMAIL: 04/22/2024 | 5,280.00 | | |
| Invoice | 04/22/2024 | 5959 | EMAIL: 04/22/2024 | 9,240.00 | | |
| Invoice | 04/22/2024 | 5960 | EMAIL: 04/22/2024 | 1,320.00 | | |
| Payment | 04/29/2024 | ACH | | | 135,830.06 | |
| Invoice | 05/03/2024 | 5964 | EMAIL: 05/03/2024 | 51,920.00 | | |
| Invoice | 05/03/2024 | 5965 | EMAIL: 05/03/2024 | 45,100.00 | | |
| Invoice | 05/03/2024 | 5966 | EMAIL: 05/03/2024 | 41,030.00 | | |
| Invoice | 05/07/2024 | 5969 | EMAIL: 05/07/2024 | 41,415.00 | | |
| Invoice | 05/07/2024 | 5970 | EMAIL: 05/07/2024 | 114,070.00 | | |
| Invoice | 05/07/2024 | 5971 | EMAIL: 05/07/2024 | 9,350.00 | | |
| Invoice | 05/07/2024 | 5972 | EMAIL: 05/07/2024 | 46,090.00 | | |
| Invoice | 05/07/2024 | 5973 | EMAIL: 05/07/2024 | 10,340.00 | | |
| Invoice | 05/07/2024 | 5974 | EMAIL: 05/07/2024 | 9,900.00 | | |
| Invoice | 05/07/2024 | 5975 | EMAIL: 05/07/2024 | 29,590.00 | | |
| Invoice | 05/10/2024 | 5976 | EMAIL: 05/10/2024 | 17,160.00 | | |
| Invoice | 05/10/2024 | 5977 | EMAIL: 05/10/2024 | 21,945.00 | | |
| Invoice | 05/10/2024 | 5978 | EMAIL: 05/10/2024 | 3,960.00 | | |
| Invoice | 05/10/2024 | 5979 | EMAIL: 05/10/2024 | 3,740.00 | | |
| Invoice | 05/13/2024 | 5981 | EMAIL: 05/13/2024 | 32,670.00 | | |
| Invoice | 05/13/2024 | 5982 | EMAIL: 05/13/2024 | 53,020.00 | | |
| Invoice | 05/13/2024 | 5983 | EMAIL: 05/13/2024 | 20,405.00 | | |
| Invoice | 05/13/2024 | 5984 | EMAIL: 05/13/2024 | 5,280.00 | | |
| Invoice | 05/13/2024 | 5985 | EMAIL: 05/13/2024 | 10,560.00 | | |

# Customer Statement
## All Transactions

| Type | Date | Num | Memo | Invoice | Payments | Estimates |
|---|---|---|---|---:|---:|---:|
| Invoice | 05/13/2024 | 5986 | EMAIL:  05/13/2024 | 1,045.00 | | |
| Invoice | 05/13/2024 | 5987 | EMAIL:  05/13/2024 | 6,600.00 | | |
| Invoice | 05/13/2024 | 5988 | EMAIL:  05/13/2024 | 2,530.00 | | |
| Invoice | 05/13/2024 | 5989 | EMAIL:  05/13/2024 | 9,735.00 | | |
| Invoice | 05/13/2024 | 5990 | EMAIL:  05/13/2024 | 3,300.00 | | |
| Invoice | 05/13/2024 | 5991 | EMAIL:  05/13/2024 | 1,980.00 | | |
| Invoice | 06/06/2024 | 5957 | EMAIL:  06/06/2024 | 11,440.00 | | |
| Invoice | 06/06/2024 | 6002 | EMAIL:  06/06/2024 | 79,200.00 | | |
| Invoice | 06/06/2024 | 6003 | EMAIL:  06/06/2024 | 32,175.00 | | |
| Invoice | 06/06/2024 | 6004 | EMAIL:  06/06/2024 | 64,880.00 | | |
| Invoice | 06/06/2024 | 6005 | EMAIL:  06/06/2024 | 25,300.00 | | |
| Invoice | 06/06/2024 | 6006 | EMAIL:  06/06/2024 | 64,240.00 | | |
| Invoice | 06/06/2024 | 6007 | EMAIL:  06/06/2024 | 10,725.00 | | |
| Invoice | 06/06/2024 | 6008 | EMAIL:  06/06/2024 | 7,480.00 | | |
| Invoice | 06/06/2024 | 6009 | EMAIL:  06/06/2024 | 3,960.00 | | |
| Invoice | 06/06/2024 | 6010 | EMAIL:  06/06/2024 | 5,720.00 | | |
| **HANNA EVAPORATOR** | | | | | | |
| Invoice | 02/02/2024 | 5871 | DRAINS FROM  AVAPORATOR | 28,140.00 | | |
| Estimate | 02/20/2024 | 1682 | EVAPORATOR #6 | | | 10,080.00 |
| Invoice | 03/26/2024 | 5912 | EMAIL:  03/26/2024 | 10,080.00 | | |
| Invoice | 04/17/2024 | 5871-P1 | EMAIL:  04/17/2024 | 28,140.00 | | |
| **HANNA EXHAUST** | | | | | | |
| Estimate | 10/09/2023 | 1669 | EXHAUST PIPE | | | 161,120.00 |
| Invoice | 11/20/2023 | 5870 | EXHAUST PIPE | 48,336.00 | | |
| Invoice | 12/20/2023 | 5870-P1 | EXHAUST PIPE | 80,560.00 | | |
| Payment | 02/05/2024 | ACH | | | 128,896.00 | |
| Invoice | 03/26/2024 | 5914 | EMAIL:  03/26/2024 | 3,300.00 | | |
| Invoice | 04/17/2024 | 5870-P2 | EMAIL:  04/17/2024 | 32,224.00 | | |
| **NORTHLINE SEAFOODS - Other** | | | | | | |
| Invoice | 01/08/2024 | 5846 | EMAIL:  01/08/2023 | 700.00 | | |
| Invoice | 02/09/2024 | 5875 | EMAIL:  02/09/2024 | 1,325.70 | | |
| Payment | 02/23/2024 | ACH | | | 1,325.70 | |
| Payment | 04/18/2024 | ACH | | | 109,729.54 | |
| Payment | 05/16/2024 | ACH | | | 266,870.86 | |
| Payment | 06/03/2024 | ACH DET 07/01/2024 | | | 167,450.00 | |
| Payment | 06/07/2024 | ACH DET 07/01/2024 | | | 87,021.00 | |
| Invoice | 07/01/2024 | 6024-R1 | | 34,729.69 | | |
| Payment | 07/09/2024 | ACH | | | 57,816.00 | |
| Invoice | 07/09/2024 | 6029 | EMAIL:  07/09/2024 | 3,917.90 | | |
| Invoice | 07/16/2024 | 6049 | EMAIL:  07/16/2024 | 3,917.90 | | |
| Invoice | 07/23/2024 | 6066 | EMAIL:  07/23/2024 | 3,917.90 | | |
| Invoice | 07/30/2024 | 6068 | EMAIL:  07/30/2024 | 3,917.90 | | |
| Invoice | 08/06/2024 | 6077 | EMAIL:  08/06/2024 | 3,917.90 | | |

# Leo's Welding and Fabrication, LLC
## Customer Statement
### All Transactions

| Type | Date | Num | Memo | Invoice | Payments | Estimates |
|---|---|---|---|---|---|---|
| Payment | 08/09/2024 | ACH | | | 24,660.00 | |
| Invoice | 08/13/2024 | 6081 | EMAIL: 08/13/2024 | 3,907.76 | | |
| Invoice | 08/19/2024 | 6083 | EMAIL: 08/13/2024 | 3,907.76 | | |
| Invoice | 08/27/2024 | 6084 | EMAIL: 08/27/2024 | 3,907.76 | | |
| Invoice | 09/03/2024 | 6086 | EMAIL: 09/03/2024 | 3,907.76 | | |
| Invoice | 09/10/2024 | 6092 | EMAIL: 09/10/2024 | 3,900.16 | | |
| Invoice | 09/17/2024 | 6105 | EMAIL: 09/17/2024 | 3,900.16 | | |
| Invoice | 09/24/2024 | 6114 | EMAIL: 09/24/2024 | 3,900.16 | | |
| Invoice | 10/01/2024 | 6120 | EMAIL: 10/01/2024 | 3,900.16 | | |
| Invoice | 10/08/2024 | 6129 | EMAIL: 10/08/2024 | 3,900.16 | | |
| Invoice | 10/15/2024 | 6135 | EMAIL: 10/15/2024 | 3,900.16 | | |
| Invoice | 10/22/2024 | 6138 | EMAIL: 10/22/2024 | 3,900.16 | | |
| Invoice | 10/29/2024 | 6148 | EMAIL: 10/29/2024 | 3,900.16 | | |
| Invoice | 11/05/2024 | 6152 | EMAIL: 11/05/2024 | 3,900.16 | | |
| Invoice | 11/12/2024 | 6155 | EMAIL: 11/12/2024 | 3,900.16 | | |
| Invoice | 11/19/2024 | 6162 | EMAIL: 11/19/2024 | 3,900.16 | | |
| Invoice | 11/26/2024 | 6170 | EMAIL: 11/26/2024 | 3,900.16 | | |
| Invoice | 12/03/2024 | 6180 | EMAIL: 12/03/2024 | 3,900.16 | | |
| Invoice | 12/10/2024 | 6198 | EMAIL: 12/10/2024 | 3,900.16 | | |
| Invoice | 12/17/2024 | 6230 | EMAIL: 12/17/2024 | 3,900.16 | | |
| Invoice | 12/24/2024 | 6251 | EMAIL: 12/24/2024 | 3,900.16 | | |
| Invoice | 01/08/2025 | 6267 | EMAIL: 01/07/2025 | 3,900.16 | | |
| Invoice | 01/15/2025 | 6292 | EMAIL: 01/15/2025 | 3,900.16 | | |
| Invoice | 01/21/2025 | 6297 | EMAIL: 01/21/2025 | 3,900.16 | | |
| Invoice | 01/28/2025 | 6312 | EMAIL: 01/28/2025 | 3,900.16 | | |
| Invoice | 02/04/2025 | 6322 | EMAIL: 02/04/2025 | 3,900.16 | | |
| Invoice | 02/11/2025 | 6325 | EMAIL: 02/11/2025 | 3,900.16 | | |
| Invoice | 02/18/2025 | 6334 | EMAIL: 02/18/2025 | 3,900.16 | | |
| Invoice | 02/25/2025 | 6344 | EMAIL: 02/25/2025 | 3,900.16 | | |
| Invoice | 03/04/2025 | 6359 | EMAIL: 03/04/2025 | 3,900.16 | | |
| Invoice | 03/11/2025 | 6371 | EMAIL: 03/11/2025 | 3,900.16 | | |
| Invoice | 03/18/2025 | 6386 | EMAIL: 03/18/2025 | 3,900.16 | | |
| Invoice | 03/25/2025 | 6399 | EMAIL: 03/25/2025 | 3,900.16 | | |

| | | |
|---|---|---|
| **Direct Job Total** | 2,822,369.84 | |
| **Lates+Interest** | 182,884.41 | |
| **Total Value** | 3,005,254.25 | |
| **Payments received** | | 1,717,382.87 |
| **Outstanding Balance** | | **1,287,871.38** |