## NOTICE OF CLAIM OF MARITIME LIEN

NOTICE IS HEREBY GIVEN OF THE FOLLOWING MARITIME LIEN:

| | | |
|---|---|---|
| A. | VESSEL NAME | : HANNAH |
| B. | OFFICIAL NUMBER | : 1067457 |
| C. | CLAIMANT (name and address) | : Leo's Welding and Fabrication LLC<br>4451 26th Ave W.<br>Seattle, WA 98199 |
| D. | NATURE OF LIEN | : Machinery and necessaries |
| E. | AMOUNT OF LIEN | : $1,233,269.14 plus interest |
| F. | DATE ESTABLISHED | : March 26, 2024 |

I HEREBY DECLARE THAT:

1. The information in this notice is true and correct to the best of my knowledge. And,
2. A copy of this notice, as presented for recordation, has been sent to each of the following:
   (i) The owner of the vessel,
   (ii) Each person that recorded under subsection (a) of 46 USC §31343, an unexpired notice of a claim of an undischarged lien on the vessel, and
   (iii) The mortgagee of each mortgage filed or recorded under section 46 USC §31321 that is an undischarged mortgage on the vessel.

_____     Date: 12/12/24
Authorized Signature

Leonardo G. Estrada, Authorized Representative
Name and Title

---

State of Washington  )
County of King       )

I certify that I know or have satisfactory evidence that Leonardo G. Estrada is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as the authorized representative of Leo's Welding and Fabrication LLC to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

(notary seal)

Signature: _____
Date: 12/12/24
Name: KATHRYN MCWILLIAMS
My Appointment Expires: 7/18/2028

KATHRYN TAYLOR MCWILLIAMS
Notary Public
State of Washington
Commission # 20105153
My Comm. Expires Jul 18, 2028