UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company<br><br>     Plaintiff,<br> v.<br><br>HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, a Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*;<br><br>     Defendants. | AT LAW AND IN ADMIRALTY<br><br>NO.<br><br>CORPORATE DISCLOSURE STATEMENT OF LEO'S WELDING and FABRICATION, LLC |

Plaintiff Leo's Welding and Fabrication, LLC hereby files its corporate disclosure statement under Fed. R. Civ. P.7.1 and states as follows:

There is no parent corporation of Leo's Welding and Fabrication, LLC and no publicly held corporation owns 10% or more of its stock.

CORPORATE DISCLOSURE STATEMENT OF LEO'S WELDING and FABRICATION, LLC -1
Case No.

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

1 | DATED this _____ day of April 2025.

2 |                 ZUANICH LAW, PLLC

3 |                 By: */s/ Brian C. Zuanich*
4 |                     */s/ Robert Zuanich*

Brian C. Zuanich, WSBA, #43877
Robert Zuanich, WSBA, #9581
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.829.84
Email: brian@zuanichlaw.com
        rpz@zuanichlaw.com
Attorneys for Plaintiff

CORPORATE DISCLOSURE STATEMENT OF
LEO'S WELDING and FABRICATION, LLC -2
Case No.

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415