AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company<br><br>*Plaintiff(s)*<br>v.<br>HANNAH, o/n 1067457, and In Rem, SAYAK LOGISTICS, LLC, a Alaska limited liability company dba NORTHLINE SEAFOODS<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SAYAK LOGISTICS, LLC, a Alaska limited liability company
Mark Working, Registered Agent
1200 5th Avenue
Suite 1200
Seattle, WA 98101-3147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Zuanich
Zuanich Law, PLLC
1420 5th Avenue, Suite 2200
Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
                                                                    *Signature of Clerk or Deputy Clerk*