THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company<br><br>Plaintiff,<br><br>v.<br><br>HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, a Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*;<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 2:25-cv-00625-LK<br><br>MOTION TO ISSUE WARRANT FOR ARREST OF VESSEL<br><br>NOTE ON MOTION CALENDAR:<br>Friday, April 25, 2025 |

Plaintiff Leo's Welding and Fabrication, LLC ("Plaintiff"), by and through counsel of record, in accordance with Rule C(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Admiralty Rules") and Local Admiralty Rule 116, requests that the Court authorize the clerk to issue a Warrant for Arrest of defendant vessel, HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo and

MOTION TO ISSUE WARRANT FOR
ARREST OF VESSEL -1
Case No. 2:25-cv-00625-LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

appurtenances ("Vessel"). This motion is based upon the information set forth in the Verified Complaint to Enforce Maritime Lien, Breach of Contract, and for Damages *In Rem* and *In Personam* filed on April 8, 2025 ("Complaint").

1. Supplemental Admiralty Rules C(1)(a) provides that an action in rem may be brought to enforce a maritime lien. If conditions for an *in rem* action exist, then the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is subject to the action. Supplemental Admiralty Rules C(3)(a).

2. As set forth in the Complaint, Plaintiff seeks to enforce a maritime lien for machinery and necessities recorded on December 17, 2024. *Compl. 3.8*. The lien is based upon *in personam* defendant Sayak Logistics' breaching of a contract with plaintiff wherein plaintiff provided various machinery, fabrication, engine room and upper deck piping, and other necessaries for the Vessel to operate during the 2024 Bristol Bay commercial salmon season. *Compl. 2.5*.

3. All charges under the contract, as set forth in 107 separate invoices, were reasonable, and were provided on the order of Ben Blakey, CEO and member of defendant Sayak Logistics LLC. *Compl. 3.7*.

4. 46 U.S. Code § 31342 provides that upon making an adequate showing establishing the existence of a maritime lien under, plaintiff may bring a civil action *in rem* to enforce the lien against the Vessel.

5. The Vessel is now located at the Fairhaven Shipyard, 201 Harris Avenue, Bellingham, Washington, which is within this District and subject to the jurisdiction of this Court. *Decl. Fowler-proposed custodian 2.4*. When the Verified Complaint was filed the vessel was located at the Bellingham Shipping Terminal, 661 Cornwall Avenue, Bellingham, Washington 98225 *Compl. 2.3*.

MOTION TO ISSUE WARRANT FOR
ARREST OF VESSEL -2
Case No. 2:25-cv-00625-LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

6. Based upon the foregoing, Plaintiff respectfully submits the requirements of Supplemental Rule C (3) have been met and, therefore, this Court should authorize the issuance of a Warrant for Arrest.

DATED 24th day of April 2025.

ZUANICH LAW, PLLC

By: /s/ Brian C. Zuanich
     /s/ Robert Zuanich

Brian C. Zuanich, WSBA, #43877
Robert Zuanich, WSBA, #9581
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.829.84
Email: brian@zuanichlaw.com
       rpz@zuanichlaw.com
Attorneys for Plaintiff

MOTION TO ISSUE WARRANT FOR ARREST OF VESSEL -3
Case No. 2:25-cv-00625-LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company<br><br>Plaintiff,<br>v.<br><br>HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo and appurtenances, *in rem* and SAYAK LOGISTICS, LLC, a Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*;<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 2:25-cv-00625-LK<br><br>[PROPOSED] ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF VESSEL |

WHEREAS, upon review of Plaintiff's verified Complaint requesting issuance of a Warrant of Arrest *in rem*, and the Court having considered the motion and finding the conditions set forth in Supplemental Admiralty Rule C for issuance of a warrant for arrest against the HANNAH, Official Number 1067457, and its appurtenances (Vessel") appear to exist, now, therefore, it is hereby:

ORDERED, that the Clerk shall issue a warrant for the arrest of the Vessel, which arrest shall take place as soon as reasonably practicable for the U.S. Marshal to effect the arrest at the

ORDER AUTHORIZING ISSUANCE OF
WARRANT FOR ARREST OF VESSEL -1
Case No. 2:25-cv-00625-LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

Fairhaven Shipyard, 201 Harris Avenue, Bellingham, Washington; that the Warrant for Arrest shall authorize the U.S. Marshall to use reasonable, necessary force to enforce the Warrant for Arrest, including the entry into facilities and areas necessary to obtain access to the Vessel and its appurtenances, and it is further

ORDERED that a copy of the verified Complaint, Order Authorizing Issuance of a Warrant of Arrest shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the arrest should not be vacated or other relief granted.

The clerk is ordered to provide copies of this order to all counsel

DATED this ____ day of April, 2025.

_____
Lauren King
United States District Judge

ORDER AUTHORIZING ISSUANCE OF
WARRANT FOR ARREST OF VESSEL -2
Case No. 2:25-cv-00625-LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415