THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company<br><br>Plaintiff,<br><br>v.<br><br>HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, a Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*;<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 2:25-cv-00625 MLP<br><br>DECLARTION OF BUCK FOWLER JR. IN SUPPORT OF MOTION TO APPOINT SUBSTITUTE CUSTODIAN<br><br>(28 U.S.C. § 1746) |

BUCK FOWLER, JR., pursuant to 28 U.S.C. § 1746, declares that he is over eighteen years of age and make the following declaration based upon my personal knowledge.

1. I am the Managing Member of Marine Lenders Services, LLC, with offices at 5350 30th Avenue NW, Seattle, Washington. I have experience as a vessel owner, operator, and broker, and I have served as the U.S. Marshal's substitute custodian for vessels under arrest in this District.

DECLARATION OF BUCK FOWLER, JR. -1
Case No. 2:25-CV-00625 LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

2. I have read Local Admiralty Rule 135 pertaining to the custody of property and have knowledge of and experience with care of property of the type to be arrested.

3. I am not a party to this action and have no interest in the outcome of this action in which the defendant vessel HANNAH, O.N. 1067457 will be under arrest.

4. I am also familiar with the defendant vessel, at least to the extent of her size, type, construction material, and apparent condition. I have access to adequate facilities and supervision for the vessel and can safely keep the same in place of the United States Marshal during the pendency of suit herein and until further Order of the Court. I will provide legal liability insurance and perform the normal and customary custodial services for said vessel, including attending mooring lines, bilge pumping as necessary, and providing locks and security, and guarding during their custodianship at a charge of $2,500 for the first 10 days and $600 / day thereafter for the HANNAH, O.N. 1067457. An additional fee of $1,146 per month will be charged for substitute custodian legal liability insurance. For the arrest, consulting and making an inventory of the vessel, Marine Lenders Services, LLC will bill at $290 / hour. For securing the vessel, Marine Lenders Services, LLC will bill at $290 / hour plus materials and expenses. If not paid directly by one of the parties, I will charge moorage at the rate currently charged at its present location. [Plaintiff has advised me the vessel was recently relocated from the Bellingham Shipping Terminal to the Fairhaven Shipyard, 201 Harris Avenue, Bellingham, Washington.] The total charge for said services will be less than those charged by the United States Marshal for providing such services through professional keepers. I will provide these services and keep the vessel secured at her current location, unless I determine that the vessel should be moved in order to safeguard and protect the vessel, or minimize expenses and/or maximize the sale price of the vessel. In the event the vessel needs to be moved, I will notify the U.S. Marshal's office prior to movement and when it has been secured.

5. I am a beneficiary of the attached Marine General Insurance Policy issued by Travelers Insurance (Policy No. OMH254311105) with limits of $2,000,000 for damage sustained by third parties due to negligence committed during said custody, and plaintiff further

DECLARATION OF BUCK FOWLER, JR. -2
Case No. 2:25-CV-00625 LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

1  agrees to hold harmless and indemnify the United States and the United States Marshal from any
2  and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.
3      6.    Further, I agree to accept substitute custodianship of the defendant vessel, her
4  engines, machinery, and appurtenances, etc., in accordance with the order appointing substitute
5  custodian.
6      I declare under penalty of perjury under the laws of the State of Washington that this
7  declaration is true and correct.

8      Executed this 23rd day of April, 2025, at Seattle, Washington.

Buck Fowler, Jr.
Managing Member
Marine Lenders Services, LLC

DECLARATION OF BUCK FOWLER, JR. -3
Case No. 2:25-CV-00625 LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 04/09/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
DML Insurance Services, Inc.
4005 20th Ave W  Ste 132
Seattle, WA 98199

**CONTACT NAME:** Febe Ramirez
**PHONE (A/C, No, Ext):** (206) 838-9077
**FAX (A/C, No):** (206) 838-9076
**E-MAIL ADDRESS:** framirez@dmlinsurance.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Travelers Property Casualty | |
| INSURER B: Travelers Indemnity Company | 25658 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Marine Lenders Services, LLC
DBA: Waypoint Marine; Waypoint Boats & Motors; Birchard Age
5350 30th Ave NW Ste C
Seattle, WA 98107-

## COVERAGES
**CERTIFICATE NUMBER:** 00001828-250314143103    **REVISION NUMBER:** 6

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE  X OCCUR | Y | | ZOL-16P99278 | 02/26/2025 | 02/26/2026 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PROJECT  LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Defense Expenses | $ 1,000,000 |
| B | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>OWNED AUTOS ONLY   SCHEDULED AUTOS<br>X HIRED AUTOS ONLY   X NON-OWNED AUTOS ONLY | | | BA-A7369993 | 02/26/2025 | 02/26/2026 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB  X OCCUR<br>EXCESS LIAB   CLAIMS-MADE<br>DED  X RETENTION $ 10,000 | | | ZOB-91N87604 | 02/26/2025 | 02/26/2026 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | PER STATUTE / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Marina Operators Leg<br>Vessel Custodial leg | | | ZOL-16P99278 | 02/26/2025 | 02/26/2026 | | 1,000,000<br>1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Certificate Holder is included as additional insured with respect to the above captioned general liability per terms/conditions of actual policy & by written contract.
Re: Contract as Substitute Custodian for the US Marshal for vessels that are under arrest by the US Marshal.

Protection and Indemnity limit $1,000,000

**CERTIFICATE HOLDER**
U.S. Marshals Service
700 Stewart Street Suite 9000
Seattle, WA 98101

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature]*  (FMR)

© 1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD    Printed by FMR on 04/09/2025 at 12:17PM