1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company

                      Plaintiff,

v.

HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, a Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*;

                    Defendants.

AT LAW AND IN ADMIRALTY

NO. 2:25-cv-00625 LK

VERIFIED AMENDED COMPLAINT TO ENFORCE A MARITIME LIEN, BREACH OF CONTRACT, AND FOR DAMAGES *IN REM* AND *IN PERSONAM*

Plaintiff Leo's Welding and Fabrication, LLC ("Plaintiff") alleges as follows:

1.   This is a matter of admiralty and maritime jurisdiction, as more fully appears below. This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h).  The court has original and exclusive jurisdiction over this action in admiralty, *in rem*,  and *in personam*, in accordance with the provisions of 46 U.S.C. sec. 31342 and 46 U.S.C. 31343.

COMPLAINT TO ENFORCE MARITIME LIEN -1
Case No. 2:25-cv-00625 LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

2.    Plaintiff Leo's Welding and Fabrication, LLC (Leo's Welding) is a Washington limited liability company doing business in this district and has satisfied all condition precedents to bring this claim.

3.    At all times material herein, the defendant vessel, P/V HANNAH, Official Number 1067457 (Vessel"), was and is a vessel duly documented under the laws of the United States and owned by *in personam* defendant Sayak Logistics, LLC ("Sayak Logistics").  The Vessel is now located at the Bellingham Shipping Terminal, 661 Cornwall Avenue, Bellingham, Washington, which is within this district and subject to the jurisdiction of this Court.

4.    According to the USCG Certificate of Documentation, the Vessel is steel construction and has no mechanical propulsion.  The Vessel is 379.8 feet in length, 100 feet in breadth, and 21.5 feet in depth.  The Vessel has a gross tonnage of 14,128 (ITC) and a net tonnage of 5,119 (ITC).  The primary operational endorsements listed on the Certificate of Documentation are Fishery, Registry and Coastwise. The Vessel's International Maritime Organization (IMO) is 294 and Official No. 1067457.  The Vessel's hailing port is Dillingham, Alaska.

5.    Sayak Logistics is a Alaska limited liability company doing business in Washington as Northline Seafoods.

6.    On or about October 25, 2023, Leo's Welding entered into a firm bid contract with Sayak Logistics for the amount of $852,748 to provide certain machinery, fabrication, engine room and upper deck piping, and other necessaries for the Vessel in preparation for the 2024 Bristol Bay salmon season. ("Agreement').  A true and correct copy of the Agreement and four associated invoices is attached hereto as **Exhibit 1**.

7.    Upon completion of the contracted services, Sayak Logistics made multiple requests

COMPLAINT TO ENFORCE MARITIME LIEN -2
Case No. 2:25-cv-00625 LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

for additional services, which Leo's Welding invoiced on a time and material basis.  Sayak Logistics insisted on an extremely tight timeline for completion of the work, despite continually adding tasks to the scope of work.  Ultimately, Leo's Welding issued an additional 103 separate invoices totaling $1,969,622, exclusive of invoices for interest and late charges.  Each invoice detailed the time and materials provided and set forth the terms for payment.  A true and correct copy of the Customer Statement prepared by Leo's Welding setting forth the amount due for each invoice, plus late charges and interest, less payments made by Sayak Logistics, is attached hereto as **Exhibit 2**.

8.  Leo's Welding worked diligently to complete the work right up until the Vessel's departure from the Bellingham/Fairhaven Shipyard to Alaska.  All services provided by Leo's Welding were performed by individuals possessing the skills and experience to perform the work requested. The charges under the Agreement and subsequent invoices were reasonable and were provided on the order of Ben Blakey, a member and the CEO of defendant Sayak Logistics, or other persons authorized by Sayak Logistics. Sayak Logistics has not paid all amounts due, despite repeated requests.

9.  On or about December 12 2024, in order to secure payment, Leo's Welding filed a Notice of Claim of Maritime Lien for machinery and necessaries in the amount of $1,233,269.14, which the Coast Guard recorded on December 17, 2024.  A true and correct copy of the lien is attached hereto as **Exhibit 3**.

10. As of March 27, 2025, the balance owing is $1,287,871, including $182,884 in late charges and interest as set forth in Exhibit 2.  Interest, lates charges, attorney's fees and costs associated with collection continue to accrue.

11. The laws of the United States provide that upon making an adequate showing

COMPLAINT TO ENFORCE MARITIME LIEN -3
Case No. 2:25-cv-00625 LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

establishing the existence of a maritime lien under 46 U.S.C. sec. 31342, plaintiff may seek to foreclose its maritime lien against the Vessel.

WHEREFORE, plaintiff prays for judgment as follows:

1. That plaintiff be granted judgment against the Vessel P/V HANNAH, *in rem*, and against defendant Sayak Logistics, LLC, *in personam*, for the following amounts:

a. $1,287,871 plus ongoing late charges and interest or prejudgment interest for the provision of necessaries to the Vessel;

b. Post judgment interest, at the rate in effect at the time of the judgment, from the date of entry until paid;

c. The costs of this action, including the fees and costs incurred by the Vessel's keepers, and all expenses related to sale of the Vessel.

d. Reasonable attorney's fees.

2. That plaintiff be adjudged the holder of a maritime lien for labor, machinery and necessaries provided by it to the Vessel for all sums due, including costs and attorney's fees; and that this court declare the relative priority of its lien and all other liens which may exist against the Vessel.

3. That the maritime lien be foreclosed and the Vessel be sold by the U.S. Marshall and the proceeds of the sale be applied and delivered to pay the demands and claims of plaintiff.

4. That process in due form of the law issue against the Vessel and Sayak Logistics.

5. That plaintiff have and recover from Sayak Logistics any deficiency after the application and delivery of the proceeds from the sale of the Vessel.

6. That at the sale of the Vessel by the U.S. Marshall, plaintiff be permitted to bid, without

COMPLAINT TO ENFORCE MARITIME LIEN -4
Case No. 2:25-cv-00625 LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

cash deposit, its judgment, accrued interest, lates charges, costs, and attorney's fees, up to the full amount thereof.  In the event that such bid is the highest and best bid, that such amount be credited on the decree

7.  Plaintiff have such other and further relief it may be entitled to receive.


DATED this 28th day of April 2025.

ZUANICH LAW, PLLC

By: */s/ Brian C. Zuanich*
      */s/ Robert Zuanich*

Brian C. Zuanich, WSBA, #43877
Robert Zuanich,   WSBA,  #9581
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.829.84
Email:  brian@zuanichlaw.com
            rpz@zuanichlaw.com
Attorneys for Plaintiff

COMPLAINT TO ENFORCE MARITIME LIEN -5
Case No. 2:25-cv-00625 LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415

**VERIFICATION**

I, Leonardo Estrada, declare on this $29^{m}$ day of April, 2025, at Seattle, Washington under penalty of perjury under the laws of the State of Washington that I am a member and authorized representative of the plaintiff, Leo's Welding and Fabrication, LLC, that I have read the above and foregoing Verified Amended Complaint, know the contents thereof and are true and correct to the best of my knowledge.

 

Leonardo Estrada

STATE OF WASHINGTON

COUNTY OF KING

SUBSCRIBED AND SWORN to be this $29^{m}$ day of April, 2025.

KATHRYN TAYLOR MCWILLIAMS
Notary Public
State of Washington
Commission # 20105153
My Comm. Expires Jul 18, 2028

NOTARY PUBLIC in and for
The State of Washington
My appointment expires

COMPLAINT TO ENFORCE MARITIME LIEN -6
Case No. 2:25-cv-00625 LK

ZUANICH LAW PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Ph: 206.829.8415