UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO'S WELDING AND FABRICATION LLC,<br><br>                Plaintiff,<br>     v.<br><br>P/V HANNAH et al.,<br><br>                Defendants. | IN ADMIRALTY<br><br>CASE NO. 2:25-cv-00625-LK<br><br>*IN REM* **ARREST WARRANT** |

**TO: THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WASHINGTON**

WHEREAS, a Complaint in admiralty was filed herein praying that process be issued for the arrest of the defendant vessel, the P/V HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo, and appurtenances (the "Vessel"), which is located at the Fairhaven Shipyard, 201 Harris Avenue, Bellingham, Washington.

NOW THEREFORE you are commanded to arrest and seize said Vessel and to detain the same in your custody until further order of the Court respecting the same. Following the arrest and seizure of the Vessel, you or Plaintiff are also commanded to give due notice to all persons and

entities having an interest in the property under seizure by publication in a newspaper of general circulation in the judicial district where the defendant Vessel is seized.

In carrying out the arrest, the U.S. Marshal is authorized and directed to take any and all necessary actions, including but not limited to the use of reasonable force, to enter and remain on the premises, which includes, but is not limited to, the land, the buildings, vehicles and any structures located thereon, for the purpose of executing this Warrant. The U.S. Marshal is further authorized and directed to arrest and/ or evict from the premises any and all persons who obstruct, attempt to obstruct, or interfere or attempt to interfere, in any way with the execution of this Warrant.

DONE on this 30th day of April, 2025.

BY: RAVI SUBRAMANIAN
Clerk of the Court