THE HONORABLE LAUREN KING

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company | Case No. 2:25-cv-00625 LK |
| Plaintiff, | |
| v. | **STIPULATION OF THE PARTIES FOR THE GIVING OF SPECIAL BOND** |
| HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, an Alaska limited liability company dba NORTHLINE SEAFOODS *in personam* | |
| Defendants. | |

WHEREAS, LEO'S WELDING and FABRICATION, LLC ("Plaintiff") having

filed a Verified Complaint on or about April 8, 2025 against the Defendant vessel

HANNAH, O.N. 1067457 ("vessel") and having obtained an Order from the Court for the

issuance of a warrant for the arrest of the Vessel;

WHEREAS, SAYAK LOGISTICS, LLC ("Defendant") having filed its claim of

ownership to the Vessel;

NOW, THEREFORE, it is stipulated and agreed that Defendant, upon giving and

filing a special bond as detailed below pursuant F.R.C.P. Rule E(5)(a), the Court's Order

for Warrant for the Arrest of the Vessel can be stayed pending further order of the Court

as follows:

    1.  Defendant will file a Special Bond of ONE MILLION THREE HUNDRED

        SEVENTY EIGHT THOUSAND DOLLARS (USD $1,378,000.00) (the

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

1. "Security"), with the Clerk of Court for the United States District Court for

2. the Western District of Washington contemporaneous with the filing of this

3. Stipulation.

4. 2. The Special Bond shall serve as substitute res for the Vessel.  Plaintiff accepts

5. the Special Bond as substitute res for the Vessel.

6. 3. The posting of the Security will not be construed as any admission of liability,

7. amount or other issue by Defendant.

8. 4. The posting of the special bond by Defendant is given without prejudice to,

9. and under a full reservation of, any and all rights or defenses available to

10. Defendant, and the special bond by Defendant to Plaintiff is also given in

11. consideration for Plaintiff's consent to the Court's stay of the Order for

12. issuance of the Warrant for Arrest of the Vessel from arrest and for Plaintiff

13. refraining from arresting, attaching or otherwise detaining the Vessel for the

14. maritime lien claim of Plaintiff against the Vessel.

15. IT IS SO STIPULATED.

16. DATED this 10th day of May, 2025.

17.
*/s/ Michael A. Barcott*
Michael A. Barcott, WSBA #13317

*/s/ Brian C. Zuanich*
Brian C. Zuanich, WSBA #43877

18.
19.
*/s/ John E. Casperson*
John E. Casperson, WSBA #14292

*/s/ Robert Zuanich*
Robert Zuanich, WSBA #9581

20.
*/s/ Daniel P. Barcott*
Daniel P. Barcott, WSBA #50282

Zuanich Law PLLC
U.S. Bank Center

21.
1420 5th Avenue, Suite 2200

22.
Holmes Weddle & Barcott, PC
3101 Western Ave, Suite 500
Seattle, WA 98121

Seattle, WA 98101
Email: brian@zuanichlaw.com
          rpz@zuanichlaw.com

23.
Email: mbarcott@hwb-law.com

Attorneys for Plaintiff

24.
          jcasperson@hwb-law.com
          dbarcott@hwb-law.com
Attorneys for Defendant Sayak Logistics,

25.
LLC d.b.a. Northline Seafoods

26.

STIPULATION FOR SPECIAL BOND- 2
Case No. 2:25-cv-00625 LK

**HOLMES WEDDLE & BARCOTT, PC**
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

1.

**CERTIFICATE OF SERVICE**

2.

 The undersigned certifies under penalty of perjury
of the laws of the State of Washington that, on the

3.

10th day of May 2025, at Seattle, WA, the foregoing was
electronically filed with the Clerk of Court using the CM/ECF

4.

system, which will send notification of such filing to the following:

5.

Attorneys for Plaintiff:
Brian C. Zuanich, WSBA #43877 - brian@zuanichlaw.com

6.

Robert Zuanich, WSBA #9581- rpz@zuanichlaw.com
Zuanich Law PLLC, 1420 5th Avenue, Ste. 2200, Seattle, WA 98101

7.

  *s/ Alegria S. Forman*

8.

Alegria S. Forman

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

STIPULATION FOR SPECIAL BOND- 3
Case No. 2:25-cv-00625 LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289