THE HONORABLE LAUREN KING

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company | Case No. 2:25-cv-00625 LK |
| Plaintiff, | |
| v. | |
| HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, an Alaska limited liability company dba NORTHLINE SEAFOODS *in personam* | |
| Defendants. | |

**ORDER ON STIPULATION**

**PURSUANT TO STIPULATION OF THE PARTIES DOCKET \_\_\_\_\_, IT IS SO ORDERED.**

Dated: May \_\_\_, 2025

_____
THE HONORABLE LAUREN KING
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER STIPULATION
FOR SPECIAL BOND- 1
Case No. 2:25-cv-00625 LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

Submitted by:

| | |
|---|---|
| */s/ Michael A. Barcott* <br> Michael A. Barcott, WSBA #13317 | */s/ Brian C. Zuanich* <br> Brian C. Zuanich, WSBA #43877 |
| */s/ John E. Casperson* <br> John E. Casperson, WSBA #14292 | */s/ Robert Zuanich* <br> Robert Zuanich, WSBA #9581 |
| */s/ Daniel P. Barcott* <br> Daniel P. Barcott, WSBA #50282 | Zuanich Law PLLC <br> U.S. Bank Center <br> 1420 5th Avenue, Suite 2200 |
| Holmes Weddle & Barcott, PC <br> 3101 Western Ave, Suite 500 <br> Seattle, WA 98121 <br> Email: mbarcott@hwb-law.com <br>     jcasperson@hwb-law.com <br>     dbarcott@hwb-law.com <br> Attorneys for Defendant Sayak Logistics, LLC d.b.a. Northline Seafoods | Seattle, WA 98101 <br> Email: brian@zuanichlaw.com <br>     rpz@zuanichlaw.com <br> Attorneys for Plaintiff |

[PROPOSED] ORDER STIPULATION FOR SPECIAL BOND- 2
Case No. 2:25-cv-00625 LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289