THE HONORABLE LAUREN KING

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, an Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*<br><br>Defendants. | Case No. 2:25-cv-00625 LK<br><br>ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES |

COMES NOW defendant SAYAK LOGISTICS, LLC ("Defendant"), and by way of its Answer and Affirmative Defenses to the Amended Complaint of plaintiff LEO'S WELDING and FABRICATION, LLC, admits, denies, and alleges in like-numbered paragraphs as follows:

1. Paragraph 1 states legal conclusions and therefore no admission or denial is required.

2. Defendant is without sufficient information to admit or deny Paragraph 2

ANSWER TO AMENDED COMPLAINT AND
AFFIRMATIVE DEFENSES - 1
Case No. 2:25-cv-00625LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

and therefore denies the same.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted that Plaintiff's Customer Statement is attached as Exhibit 2. All other averments of Paragraph 7 are denied.

8. Denied.

9. Admitted that Plaintiff filed a lien that is attached as Exhibit 3. All other averments of Paragraph 9 are denied.

10. Denied.

11. Paragraph 11 states a legal conclusion and therefore no admission or denial is required.

## AFFIRMATIVE DEFENSES

By way of further Answer and for its Affirmative Defenses to Plaintiff's Complaint, Defendant states:

1. Failure to state a claim upon which relief can be granted.

2. Such other defenses as may be discovered during discovery.

## PRAYER FOR RELIEF

WHEREFORE, for the above-stated reasons, Defendant prays for the following:

1. For entry of Judgment against Plaintiff and in favor of Defendant and for dismissal of Plaintiff's claims with prejudice;

ANSWER TO AMENDED COMPLAINT AND
AFFIRMATIVE DEFENSES - 2
Case No. 2:25-cv-00625LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

2. For entry of Judgment in favor of Defendant and against Plaintiff for all damages caused by Plaintiff's breach of contract with Defendant;

3. For a declaration that the HANNAH is not subject to the lien claim Plaintiff has failed against the vessel;

4. For an award of attorney's fees and costs in favor of Defendant and against Plaintiff under the terms of the parties' agreement.

5. For such other relief as the Court may deem just and equitable.

DATED this __13th__ day of May, 2025.

HOLMES WEDDLE & BARCOTT, P.C.

*/s/ Michael A. Barcott*
Michael A. Barcott, WSBA #13317

*/s/ John E. Casperson*
John E. Casperson, WSBA #14292

*/s/ Daniel P. Barcott*
Daniel P. Barcott, WSBA #50282
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206.292.8008
Email: mbarcott@hwb-law.com
   jcasperson@hwb-law.com
   dbarcott@hwb-law.com
Attorneys for Defendant Sayak Logistics, LLC d.b.a. Northline Seafoods

ANSWER TO AMENDED COMPLAINT AND
AFFIRMATIVE DEFENSES - 3
Case No. 2:25-cv-00625LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 13th day of May 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Attorneys for Plaintiff:
Brian C. Zuanich, WSBA #43877 - brian@zuanichlaw.com
Robert Zuanich, WSBA #9581- rpz@zuanichlaw.com
Zuanich Law PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101

*Alegria S Forman*
_____
Alegria S. Forman

ANSWER TO AMENDED COMPLAINT AND
AFFIRMATIVE DEFENSES - 4
Case No. 2:25-cv-00625LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289