UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO'S WELDING AND FABRICATION LLC, | CASE NO. 2:25-cv-00625-LK |
| Plaintiff, | ORDER STAYING VESSEL ARREST AND APPROVING SPECIAL BOND AS SUBSTITUTE SECURITY |
| v. | |
| P/V HANNAH et al., | |
| Defendants. | |

On May 10, 2025, Defendant Sayak Logistics, LLC ("Defendant") and Plaintiff Leo's Welding and Fabrication, LLC submitted a Stipulation for the Giving of Special Bond, pursuant to Supplemental Admiralty Rule E(5)(a). Dkt. No. 28. The parties stipulated that this Court's Order Authorizing Arrest of the P/V HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo, and appurtenances (the "Vessel"), Dkt. No. 23, "can be stayed pending further order of the Court" based on Defendant's filing of a special bond of $1,378,000.00 USD with the Clerk of Court for the United States District Court for the Western District of Washington, which was to be filed contemporaneously with the filing of the parties' stipulation. Dkt. No. 28 at 1–2.

The parties further stipulated that Defendant's special bond shall serve as substitute res for the Vessel; that the posting of security shall not be construed as any admission of liability, amount, or other issue by Defendant; that the posting of the special bond by Defendant is without prejudice to, and under a full reservation of, any and all rights or defenses available to Defendant; and that the special bond by Defendant to Plaintiff is also given in consideration for Plaintiff's consent to the Court's stay of the Order Authorizing Arrest and for Plaintiff "refraining from arresting, attaching or otherwise detaining the Vessel for the maritime lien claim of Plaintiff against the Vessel." *Id.*

Based on the parties' aforementioned stipulation, the Court ORDERS as follows:

1.   The Court's Order Authorizing Arrest of the P/V HANNAH, Dkt. No. 23, is STAYED. To the extent the U.S. Marshal has not yet arrested the vessel, the warrant at Docket Entry 24 is QUASHED. In the event that the U.S. Marshal has arrested the vessel, the P/V HANNAH shall be released from the custody of the U.S. Marshal upon payment of any fees due under 28 U.S.C. §1921, and it shall not be necessary for the Marshal to proceed to the Vessel for its release; instead, the release may be communicated and made effective by provision of a copy of this Order, by facsimile or email, to the office of the U.S. Marshal.

2.   Pursuant to Supplemental Rule E(5)(a) and the agreement of the parties, Defendant's special bond of $1,378,000.00 USD is approved as substitute security for in rem claims by Plaintiff against the P/V HANNAH.

Dated this 14th day of May, 2025.

Lauren King
United States District Judge

ORDER STAYING VESSEL ARREST AND APPROVING SPECIAL BOND AS SUBSTITUTE SECURITY - 2