1.

2.

3.

4.

5.

6.

7.

8.

9.

THE HONORABLE LAUREN KING

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

10.

11.

12.

13.

14.

15.

16.

17.

LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company

Plaintiffs,

v.

HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, an Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*

Defendants.

Case No. 2:25-cv-00625-LK

DEFENDANT SAYAK LOGISTICS, LLC' REPLY RE: MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (FED.R.CIV.P. 6(b)) AND/OR SEEKING FED.R.CIV.P. 56(d) RELIEF)

NOTE ON MOTION CALENDAR: August 15, 2025

18.   Per Court's request, the parties attempted to resolve this issue without Court

19.   involvement but were not able to reach an agreement.

20.   Sayak Logistics, LLC ("Sayak") met all the requirements of Fed.R.Civ.P. 56(d)

21.   and the motion should be granted: the motion was timely, supported by declarations that

22.   explained the relevant evidence needed to be obtained in discovery, and Sayak was not

23.   dilatory in its discovery efforts to date.

24.

25.

26.

DEF SAYAK LOGISTICS, LLC' REPLY RE:
MTN FOR ADDITIONAL TIME TO RESPOND TO
MSJ (FRCP 6(b)) AND/OR SEEKING FRCP 56(d)) - 1
Case No. 2:25-cv-00625-LK

**HOLMES WEDDLE & BARCOTT, PC**
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

1.       Leo's Welding argument that Sayak was not diligent because it should have been

2. engaging in discovery all along, even before the lawsuit is filed, misses the legal

3. requirement of the Rule 56(d). There is no requirement to conduct discovery <u>before</u> the

4. lawsuit is filed. Nor was there any reason for Sayak to do so – as Leo's Welding pointed

5. out, the parties were attempting to resolve the matter amenably, outside litigation. Rather,

6. the requirement is that Sayak not be dilatory in conducting discovery <u>after</u> the lawsuit

7. was filed. Sayak provided a reasonable explanation why discovery was not conducted to

8. date. Indeed, the Order Regarding Initial Disclosures, Joint Status Report, and Early

9. Settlement (Docket 40) was not issued until August 1, 2025. And Discovery Plan per that

10. Order is not due until September 26, 2025. Under such circumstances, Sayak cannot be

11. found "non diligent" in its discovery efforts. *See, Valley Forge Ins. Co. v. Washington*

12. *Square Hotel Holdings, LLC.*, 2022 U.S.Dist.LEXIS 119956 (W.D.Wash. 2022, Judge

13. James L. Robart); *see also TMJ Haw., Inc. v. Nippon Trust Bank*, 16 Fed.Appx. 795 (9th

14. Cir. 2001).

15.       The Ninth Circuit has held that a Rule 56(d) relief "should be granted almost as a

16. matter of course unless the non-moving party has not diligently pursued discovery of

17. evidence." *Burlington N. Santa Fe R.R.Co. v. The Assiniboine & Sioux Tribes of the Fort*

18. *Peck Reservation*, 323 F.3d 767, 773-74 (9th Cir. 2003). Because Sayak was not "not

19. diligent" in discovery of evidence and also demonstrated other requirements under

20. Fed.R.Civ.P. 56(d), it should be granted the relief requested: plaintiff's Motion for

21. Summary Judgment should be denied as premature.

22.

23.

24.

25.

26.

DEF SAYAK LOGISTICS, LLC' REPLY RE:
MTN FOR ADDITIONAL TIME TO RESPOND TO
MSJ (FRCP 6(b)) AND/OR SEEKING FRCP 56(d)) - 2
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

1.       DATED this 8th day of August, 2025.

2.
                            HOLMES WEDDLE & BARCOTT, P.C.

3.

4.                             */s/ Svetlana P. Spivak*
                            Svetlana P. Spivak, WSBA #30478

5.                             Michael A. Barcott, WSBA #13317
                            John E. Casperson, WSBA #14292

6.                             Daniel P. Barcott, WSBA #50282
                            3101 Western Ave, Suite 500

7.                             Seattle, WA 98121
                            Phone: 206.292.8008

8.                             Email: mbarcott@hwb-law.com
                                  jcasperson@hwb-law.com

9.                                   dbarcott@hwb-law.com
                                  sspivak@hwb-law.com

10.                           Attorneys for Defendant Sayak Logistics,
                          LLC d.b.a. Northline Seafoods

11.                           I certify that this memorandum contains 336
                          words in compliance with the Local Civil

12.                           Rules.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.   DEF SAYAK LOGISTICS, LLC' REPLY RE:       **HOLMES WEDDLE & BARCOTT, PC**

26.   MTN FOR ADDITIONAL TIME TO RESPOND TO      3101 WESTERN AVENUE, SUITE 500
  MSJ (FRCP 6(b)) AND/OR SEEKING FRCP 56(d)) - 3      SEATTLE, WA  98121
  Case No. 2:25-cv-00625-LK                     TELEPHONE (206) 292-8008 | FAX (206) 340-0289

1.

CERTIFICATE OF SERVICE

2.

The undersigned certifies under penalty of perjury
of the laws of the State of Washington that, on the

3.

8th day of August 2025, the foregoing was electronically
filed with the Clerk of Court using the CM/ECF system,

4.

which will send notification of such filing to the following:

5.

Attorneys for Plaintiff:
Brian C. Zuanich, WSBA #43877 - brian@zuanichlaw.com

6.

Robert Zuanich, WSBA #9581- rpz@zuanichlaw.com
Zuanich Law PLLC

7.

U.S. Bank Center
1420 5th Avenue, Suite 2200

8.

Seattle, WA 98101

9.

_____

10.

Holly H. Mote

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

DEF SAYAK LOGISTICS, LLC' REPLY RE:

26.

MTN FOR ADDITIONAL TIME TO RESPOND TO
MSJ (FRCP 6(b)) AND/OR SEEKING FRCP 56(d)) - 4
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289