THE HONORABLE LAUREN KING

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, an Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*<br><br>Defendants. | Case No. 2:25-cv-00625-LK<br><br>NOTICE OF SETTLEMENT AND JOINT MOTION TO RELEASE THE SPECIAL BOND<br><br>NOTE ON MOTION CALENDAR: August 20, 2025 |

Plaintiff Leo's Welding and Fabrication, LLC ("Plaintiff") and defendant Sayak Logistics, LLC ("Defendant") advise the Honorable Court that the parties have settled all matters including but not limited to all *in personam* and *in rem* claims asserted in this action.

The parties jointly move this Court to issue an order discharging and releasing the Special Bond in the amount of $1,378,000.00 that was filed with the Court on May 16,

NOTICE OF SETTLEMENT AND JOINT MOTION TO
RELEASE THE SPECIAL BOND - 1
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

2025 by Defendant and Travelers Casualty and Insurance Company of America ("Surety"), Dkt. No. 34. The funds on deposit with the Surety shall be divided between the parties as directed by the parties pursuant to their settlement agreement. Upon the distribution of the funds held by the Surety in accordance with this Joint Motion, the parties will file a stipulation for dismissal under Fed. R. Civ. P. 41.

      WHEREFORE, Plaintiff and Defendant respectfully move this Court to issue an Order to discharge and release the Special Bond.

      DATED this 20th day of August, 2025.

ZUANICH LAW, PLLC

By: /s/ Robert. Zuanich
Robert Zuanich, WSBA, #9581
Brian C. Zuanich, WSBA, #43877
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.829.84
brian@zuanichlaw.com
rpz@zuanichlaw.com

Attorneys for Plaintiff

NOTICE OF SETTLEMENT AND JOINT MOTION TO RELEASE THE SPECIAL BOND - 2
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

HOLMES WEDDLE & BARCOTT, P.C.

*/s/ Michael A. Barcott*
Michael A. Barcott, WSBA #13317

*/s/ John E. Casperson*
John E. Casperson, WSBA #14292

*/s/ Daniel P. Barcott*
Daniel P. Barcott, WSBA #50282

*/s/ Svetlana P. Spivak*
Svetlana P. Spivak, WSBA #30478
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206.292.8008
Email: mbarcott@hwb-law.com
jcasperson@hwb-law.com
dbarcott@hwb-law.com
sspivak@hwb-law.com
Attorneys for Defendant Sayak Logistics, LLC d.b.a. Northline Seafoods

We certify that this memorandum contains 164 words in compliance with the Local Civil Rules.

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 20th day of August 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Attorneys for Plaintiff:
Brian C. Zuanich, WSBA #43877 - brian@zuanichlaw.com
Robert Zuanich, WSBA #9581- rpz@zuanichlaw.com
Zuanich Law PLLC
U.S. Bank Center
1420 5th Avenue, Suite 2200
Seattle, WA 98101

_____
Holly H. Mote

NOTICE OF SETTLEMENT AND JOINT MOTION TO RELEASE THE SPECIAL BOND - 3
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289