THE HONORABLE LAUREN KING

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, an Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*<br><br>Defendants. | Case No. 2:25-cv-00625-LK<br><br>[PROPOSED] ORDER RELEASING THE SPECIAL BOND |

THIS MATTER CAME ON TO BE HEARD upon the Joint Motion by Plaintiff Leo's Welding and Fabrication, LLC and Defendant Sayak Logistics, LLC ("Parties") for Release of the Special Bond. The Court having considered the Joint Motion of the parties, and based on the request and representations of the parties and counsel herein, hereby ORDERS as follows:

Travelers Casualty and Surety Company of America, the issuer of the Special Bond No. 108269806, on file in this matter at Dkt. 34, shall promptly pay the Parties, per their instructions, the amount of $1,378,000.00. Upon making of these payments to the

[PROPOSED] ORDER RELEASEING SPECIAL BOND - 1
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

1. Parties, the Special Bond shall be fully discharged and Travelers Casualty and Surety
2. Company of America shall be released from any further obligation herein.
3.     All pending deadlines in this case are VACATED.
4.     The parties are to submit Rule 41 Notice of Dismissal within 60 days from the
5. date of this Order.
6.
7.     DATED this _____ day of August, 2025.
8.
9.
10.                                    _____
                                   THE HONORABLE LAUREN KING
                                 United States District Judge
11.
12. Presented by:
13. ZUANICH LAW, PLLC
14.
15. By: /s/ Robert. Zuanich
Robert Zuanich, WSBA, #9581
16. Brian C. Zuanich, WSBA, #43877
1420 5th Avenue, Suite 2200
17. Seattle, WA 98101
Phone: 206.829.84
18. brian@zuanichlaw.com
rpz@zuanichlaw.com
19.
Attorneys for Plaintiff
20.
21.
22.
23.
24.
25.
26.

[PROPOSED] ORDER RELEASEING SPECIAL BOND - 2
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, P.C.

    */s/ Michael A. Barcott*
Michael A. Barcott, WSBA #13317

    */s/ John E. Casperson*
John E. Casperson, WSBA #14292

    */s/ Daniel P. Barcott*
Daniel P. Barcott, WSBA #50282

    */s/ Svetlana P. Spivak*
Svetlana P. Spivak, WSBA #30478
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206.292.8008
Email: mbarcott@hwb-law.com
       jcasperson@hwb-law.com
       dbarcott@hwb-law.com
       sspivak@hwb-law.com
Attorneys for Defendant Sayak Logistics, LLC d.b.a. Northline Seafoods

[PROPOSED] ORDER RELEASEING SPECIAL BOND - 3
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289