UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO'S WELDING AND FABRICATION LLC, <br><br> Plaintiff, <br> v. <br><br> P/V HANNAH et al., <br><br> Defendants. | CASE NO. 2:25-cv-00625-LK <br><br> ORDER GRANTING JOINT MOTION TO RELEASE SPECIAL BOND |

This matter comes before the Court on the parties' Notice of Settlement and Joint Motion to Release the Special Bond. Dkt. No. 45. Plaintiff Leo's Welding and Fabrication, LLC and Defendant Sayak Logistics, LLC represent that they "have settled all matters including but not limited to all in personam and in rem claims asserted in this action." *Id.* at 1. They jointly request that this Court discharge and release the Special Bond in the amount of $1,378,000.00 that Sayak and Travelers Casualty and Surety Company of America, the issuer of Special Bond No. 108269806, filed with the Court on May 16, 2025. *Id.* at 1–2 (citing Dkt. No. 34). The parties have agreed upon a distribution of the funds pursuant to their settlement agreement. *Id.* at 2. Once those

ORDER GRANTING JOINT MOTION TO RELEASE SPECIAL BOND - 1

funds have been distributed "in accordance with this Joint Motion," the parties represent that they will file a stipulation for dismissal under Federal Rule of Civil Procedure 41. *Id.*

The Court GRANTS the parties' motion, Dkt. No. 45, and RELEASES the substitute bond as special security (Special Bond No. 108269806) that was approved in its May 14, 2025 Order, Dkt. No. 31. Travelers Casualty and Surety Company of America, the issuer of Special Bond No. 108269806, on file in this matter at docket entry 34, shall promptly pay the bond funds to the parties in accordance with the terms of their settlement agreement. Upon making of this payment to the parties, the bond shall be fully discharged and Travelers shall be released from any further obligation herein. The parties must file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) within 30 days of this Order. Leo's Welding's Motion for Summary Judgment, Dkt. No. 35, is STRICKEN pending dismissal of this case.

Dated this 20th day of August, 2025.

Lauren King
United States District Judge

ORDER GRANTING JOINT MOTION TO RELEASE SPECIAL BOND - 2