THE HONORABLE LAUREN KING

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEO'S WELDING and FABRICATION, LLC, a Washington limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>HANNAH, Official Number 1067457, her machinery, engines, equipment, cargo appurtenances, *in rem* and SAYAK LOGISTICS, LLC, an Alaska limited liability company dba NORTHLINE SEAFOODS *in personam*<br><br>Defendants. | Case No. 2:25-cv-00625-LK<br><br>[PROPOSED] ORDER RELEASING THE MECHANIC'S LIEN BOND |

THIS MATTER CAME TO BE HEARD upon the Joint Motion by Plaintiff Leo's Welding and Fabrication, LLC and Defendant Sayak Logistics, LLC ("Parties") for Release of the newly issued Release of Mechanic's Lien Bond, in the amount of $1,378,000.00, bond number 108333736. The Release of Mechanic's Lien Bond, bond number 108333736, replaces and supersedes the Special Bond in the amount of $1,378,000.00, bond number 108269806, filed with the Court on May 16, 2025, Dkt.34.

[PROPOSED] ORDER RELEASING BOND - 1
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

The Court, having considered the Joint Motion of the parties, and based on the request and representations of the parties and counsel herein, hereby ORDERS as follows:

Travelers Casualty and Surety Company of America, the issuer of the Bond to Release Mechanic's Lien, Bond No. 108333736, shall promptly pay the Parties, per their instructions, the amount of $1,378,000.00. Upon making of these payments to the Parties, the Release of Mechanic's Lien Bond No. 108333736 shall be fully discharged, and Travelers Casualty and Surety Company of America shall be released from any further obligation herein.

All pending deadlines in this case are VACATED.

The parties are to submit Rule 41 Notice of Dismissal within 60 days from the date of this Order.

DATED this __26th__ day of August, 2025.

_____
THE HONORABLE LAUREN KING
United States District Judge

[PROPOSED] ORDER RELEASING BOND - 2
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

Presented by:

ZUANICH LAW, PLLC

By: /s/ Robert. Zuanich
Robert Zuanich, WSBA, #9581
Brian C. Zuanich, WSBA, #43877
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.829.84
brian@zuanichlaw.com
rpz@zuanichlaw.com
Attorneys for Plaintiff

HOLMES WEDDLE & BARCOTT, P.C.

      /s/ Svetlana P. Spivak
Svetlana P. Spivak, WSBA #30478
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206.292.8008
Email: mbarcott@hwb-law.com
       jcasperson@hwb-law.com
       dbarcott@hwb-law.com
       sspivak@hwb-law.com
Attorneys for Defendant Sayak Logistics, LLC d.b.a. Northline Seafoods

[PROPOSED] ORDER RELEASING BOND - 3
Case No. 2:25-cv-00625-LK

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008 | FAX (206) 340-0289